1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

FILED

JUN 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ) ) ) ) | 1:11-SW-00108 DLB  ORDER TO UNSEAL SEARCH WARRANT |
|---|---|---|
| 1100 Cross Street, Madera, California | ) ) ) ) ) | |

The search warrant in this case has been executed and no longer needs to remain secret, IT IS HEREBY ORDERED that the search warrant be unsealed and made public record.

Dated: 6/10/11

_____
U.S. Magistrate Judge